Certificate Number: 17572-CAC-DE-041698685

Bankruptcy Case Number: 26-19115

17572-CAC-DE-041698685

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 19, 2026, at 8:15 o'clock PM PST, Jeanette J Diaz completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: November 19, 2026

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor