Certificate Number: 17572-CAC-DE-041714150

Bankruptcy Case Number: 26-19115

17572-CAC-DE-041714150

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 24, 2026, at 3:31 o'clock PM PST, Paul A Diaz completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: November 24, 2026

By: /s/Benjamin E Wunsch

Name: Benjamin E Wunsch

Title: Counselor